IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CARL L. SPRAGUE

        **Plaintiff,**

v.

ROB JEFFREYS; SARAH BROWN FOILES; and HEATHER WRIGHT,

        **Defendants.**

Case No. 22-CV-00424-NJR

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court *sua sponte* for case management purposes. On July 23, 2024, the Court notified Plaintiff Carl L. Sprague of the impending dismissal of this case. (Doc. 38). Previously, on June 24, 2024, the Court had ordered Sprague to update his address, in accordance with his ongoing obligation to keep the Court and each opposing party informed of any change of address (Doc. 37). Both of these Orders cautioned Sprague that his claims would be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) if he did not comply. At this time, Sprague has not provided an updated address or indicated an intention to further pursue his claims.

The Court finds that Sprague has failed to comply with its Orders and to prosecute this matter. Consequently, this entire action is **DISMISSED without prejudice** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. *See GCIU Employer Ret. Fund v. Chicago Tribune Co.*, 8 F.3d 1195, 1199 (7th Cir. 1993) ("[D]istrict courts possess inherent authority to dismiss a case *sua sponte* for a plaintiff's failure to prosecute.").

        IT IS SO ORDERED.

        DATED:  August 21, 2024

                                                          **NANCY J. ROSENSTENGEL**
                                                          **Chief U.S. District Judge**